UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS GUY ERDMAN,

    Petitioner,  Case No. 99-74336

v.  Hon. John Corbett O'Meara

ROBERT KAPTURE,

    Respondent.
_____/

## ORDER DENYING PETITIONER'S
## MOTION FOR RECONSIDERATION

Before the court is Petitioner's motion for reconsideration of this court's March 22, 2006 Memorandum Opinion and Order Striking Pleadings. Pursuant to Local Rule 7.1(e)(2)(E.D. Mich. Sept. 8, 1998), no response was ordered and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(g)(3).

Having filed a motion for reconsideration that presents the same issues ruled upon by the court, Petitioner has failed to demonstrate a palpable defect by which the court and the parties have been misled. Therefore, it is hereby **ORDERED** that Petitioner's April 3, 2006 motion for

reconsideration is **DENIED.**

                                                        s/John Corbett O'Meara
                                                        John Corbett O'Meara
                                                        United States District Judge

Dated: May 11, 2006

Copies:

**Dennis Erdman**
205858
Bellamy Creek Correctional Facility
1727 W. Bluewater Hwy
Ionia, MI 48846

**Vincent J. Leone**
Michigan Department of Attorney General
Habeas Corpus Division
P.O. Box 30217
Lansing, MI 48909-7717